# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Taek Sang Yoon

                **V.**                      **JUDGMENT IN A CIVIL CASE**

A. B. Gervin, et al

                                    **CASE NUMBER:**    06cv2107 BEN (NLS)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court dismisses the civil action for failing to pay the filing fee or move to proceed in forma pauperis pursuant to 28:1915(a); and (2)dismissing civil action as duplicate pursuant to 28:1915(b)(1)..............

..............................................................................................................................................................

| October 10, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                            S/J. Hathaway
                                                            (By) Deputy Clerk

                                                            ENTERED ON October 10, 2006