# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Taek Sang Yoon

           V.                          **JUDGMENT IN A CIVIL CASE**

A.B. Gervin

                                              CASE NUMBER:   06-CV-2107 BEN (NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Motion to Transfer Case to Central District is denied because the Central District lacks proper venue for this matter. Plaintiff's First Amended Complaint is dismissed for failing to state a claim and as frivolous. This dismissal is without further leave to amend pursuant to 28:1915(e)(2) and 1915A.

| April 20, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/A.Everill |
| | (By) Deputy Clerk |
| | ENTERED ON April 20, 2007 |